


JUL 08 2005

JAMES W. McCORMACK, CLERK
By: [signature] DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LARRY NEAL SHAW, JR.
ADC #105878 — PLAINTIFF

VS. — NO. 4:03CV00823 SWW/HDY

RANDY JOHNSON, et al. — DEFENDANTS

# ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge H. David Young and the objections filed in response, and has further reviewed the relevant record de novo. The Findings and Recommendations are adopted in their entirety as this Court's findings.

IT IS, THEREFORE, ORDERED:

1) This action is DISMISSED WITH PREJUDICE for failure to introduce sufficient evidence to create a fact issue to be submitted to a jury.

2) Plaintiff's Motion for Expert Witness (docket entry #27) is DENIED.

3) The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED this 8th day of July, 2005.

[signature]
UNITED STATES DISTRICT JUDGE