

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 08 2005

JAMES W. McCORMACK, CLERK
By:_____
                    DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LARRY NEAL SHAW, JR.                                         PLAINTIFF
ADC #105878

VS.                    NO. 4:03CV00823 SWW/HDY

RANDY JOHNSON, et al.                                        DEFENDANTS

## JUDGMENT

Pursuant to the Proposed Findings and Recommendation filed in this matter this date, it Considered, Ordered and Adjudged that:

1)  This action is DISMISSED WITH PREJUDICE for failure to introduce sufficient evidence to create a fact issue to be submitted to a jury.

2)  Plaintiff's Motion for Expert Witness (docket entry #27) is DENIED.

3)  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ADJUDGED this 8th day of July, 2005.

_____
UNITED STATES DISTRICT JUDGE